JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA ALCARAZ,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:22-cv-06343-KS<br><br>/~~PROPOSED~~/ ORDER OF DISMISSAL |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: July 13, 2023

*/s/ Karen L. Stevenson*

THE HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1  Respectfully submitted,
   LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC
2

3  BY: /s/ *Steven G. Rosales*
       _____
4      Steven G. Rosales
       Attorney for plaintiff Yolanda Alcaraz